IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALBERT L. HOWARD,

                                              ORDER

                Petitioner,

                                              11-cv-793-bbc

     v.

ROBERT HUMPHREYS, Warden,
Kettle Moraine Correctional
Institution,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Albert L. Howard filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court in November 2011, along with a motion to hold the petition in abeyance until he had exhausted all of his state court remedies. The motion to stay was denied at first but then granted after petitioner moved for reconsideration. However, the case is closed administratively until the conclusion of all state court proceedings.

      Despite the existence of the stay, petitioner has filed a motion to supplement, dkt. #17, in which he seeks to add new claims. The motion will be denied at this time but petitioner remains free to renew it when and if he has taken advantage of all of the state court remedies available to him and he has been granted leave to reopen this case. Until that happens, he does not need to amend or supplement his petition in this court.

1

ORDER

IT IS ORDERED that petitioner Albert L. Howard's motion to supplement his petition for a writ of habeas corpus, dkt. #11, is DENIED as premature.

Entered this 11th day of February, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge