IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALBERT L. HOWARD,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 11-cv-793-bbc

ROBERT HUMPHREYS, Warden
Kettle Moraine Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Albert L. Howard for a writ of corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 6/1/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |